# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Doug Nielsen,<br>    Petitioner,<br>vs.<br>Warden Conrad M. Graber,<br>    Respondent. | CV-11-344-TUC-JGZ<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Bernardo P. Velasco that recommends denying Petitioner's habeas petition filed pursuant to 28 U.S.C. §2241. As throughly explained by Magistrate Judge Velasco, Petitioner is not entitled to relief as his claim that he was deprived of due process at his disciplinary hearing is without merit and fails to provide a basis for relief. As Petitioner's objections do not undermine the analysis and proper conclusion reached by Magistrate Judge Velasco, Petitioner's objections are rejected and the Report and Recommendation is adopted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Report and Recommendation (Doc. 14) is accepted and adopted;
2. Petitioner's §2241 habeas petition is denied and this case is dismissed with prejudice;
3. The Clerk of the Court shall enter judgment accordingly and close the file in this matter.

DATED this 1st day of May, 2012.

                                              Jennifer G. Zipps
                                              United States District Judge